**Berley STAMPER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 31, 1939.

M. E. Strange and Beverly White for movant.

Hubert Meredith, Attorney General, and Wm. F. Neill, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**Arlene G. TAYLOR, Movant, v. D. POULOS et al., Opposed.**

Court of Appeals of Kentucky.

Nov. 14, 1939.

W. E. Faulkner for movant.

John B. Eversole and W. C. Eversole, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.